IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOHN S. JONES, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO. 4:08-CV-46 (CDL) |
| | * | 42 U.S.C. § 1983 |
| RALPH JOHNSON, Sheriff, and | * | |
| TERRI EZELL, Warden, | * | |
| Defendants. | * | |

## ORDER VACATING PRIOR RECOMMENDATION AND AMENDED RECOMMENDATION OF DISMISSAL

It was recommended on July 29, 2008, that Plaintiffs John S. Jones and Theodore K. McKee be dismissed as Plaintiffs for failure to keep the court apprised of their current addresses. (R-75). However, the clerk of court has since notified the court that Theodore K. McKee did file a change of address with the clerk's office and that the last two mailings to Plaintiff McKee were inadvertently sent to his prior address of record.

**WHEREFORE, IT IS HEREBY ORDERED** that the Recommendation of Dismissal (R-75), filed on July 31, 2008, be **VACATED**.

On April 11, 2008, Plaintiff John S. Jones filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 seeking monetary damages, and injunctive relief against the Defendants. (R-1). On that date, the above-listed Plaintiff provided the court with his last known address of record, Muscogee County Jail, 700 10th Street, Columbus, Georgia, 31901-0767. *Id.* On July 10, 2008, the court ordered the clerk's office to serve Plaintiff Jones with a copy of the

Order Denying the Motion for Discovery and Motion for Appointment of an Investigator (R-64), but said mail was returned on July 17, 2008 (R-72). On July 21, 2008, the clerk of court re-sent the aforementioned Order to Plaintiff Jones, but said order was returned on July 28, 2008. (R-74).

Pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE, an action may be dismissed for failure to prosecute, which would include the failure to keep the court apprised of a party's current whereabouts. Plaintiff Jones has failed to keep the Clerk's Office informed of his current address, after either being released or transferred. Further attempt to contact him will be to no avail.

**WHEREFORE, IT IS RECOMMENDED** that Plaintiff Jones be DISMISSED for failure to prosecute the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO RECOMMENDED** this 31st day of July, 2008.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

mZc