IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOHN S. JONES, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 4:08-CV-46 (CDL) |
| RALPH JOHNSON, Sheriff, and TERRI EZELL, Warden, | * | |
| | * | |
| Defendants. | * | |

ORDER ON RECOMMENDATION OF DISMISSAL BY
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Amended Recommendation of Dismissal filed by the United States Magistrate Judge on July 31, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE