```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

| | |
|---|---|
| JOHN S. JONES, et al., | * |
|     Plaintiffs, | * |
| vs. | * |
| |   CASE NO. 4:08-CV-46 (CDL) |
| RALPH JOHNSON, Sheriff, and TERRI EZELL, Warden, | * |
| | * |
|     Defendants. | * |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 20, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of Plaintiff Edward Scott have also been thoroughly considered and are found to be without merit. The Court notes that even if Mr. Scott had exhausted his administrative remedies, his Complaint should be dismissed because he does not allege that he suffered any physical injury.

IT IS SO ORDERED, this 25th day of November, 2008.

                                          S/Clay D. Land
                                             CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE